**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| MARK A. KIMPEL ) | CASE NO. 09-10396 |
| MELINDA S. KIMPEL ) | Chapter 7 |
| ) | |
| DEBTOR(S). | |

## NOTICE OF UNCLAIMED FUNDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Unclaimed Funds pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the check issued to the following creditor was neither returned nor cashed and more than 90 days have passed since it was issued:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Capital Recovery II As Assignee of HSBC Bank Nevada National Association - Polaris | c/o Recovery Management Systems Corporation 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | $920.60 |
| | Total | $920.60 |

**WHEREFORE**, Trustee is depositing the total sum of $920.60 with the Clerk of the U.S. Bankruptcy Court, representing unclaimed funds in the above-referenced bankruptcy case.

**Dated: November 8, 2011**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 8th day of November, 2011, to:

>Dennis G. Golden, Esq.
>614 West Berry Street
>Suite B
>Fort Wayne, IN 46802
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Capital Recovery II as Assignee of HSBC
> Bank Nevada National Association - Polaris
>c/o Recovery Management Systems Corporation
>25 SE 2nd Ave., Suite 1120    2000058681 - 5589147
>Miami, FL 33131

>/s/ Martin E. Seifert
>**MARTIN E. SEIFERT**